JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 582 -- In re Markeel Leasing Corp. Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/12/23 | 1 | MOTION, BRIEF, AFFIDAVIT OF JAY LUBELL W/EXHIBITS A - E, CERT. OF SERVICE -- Markeel Leasing Corp. -- SUGGESTED TRANSFEREE DISTRICT: EASTERN DISTRICT OF NEW YORK (cds) |
| 83/12/30 | | AMENDED CERTIFICATE OF SERVICE to include counsel for the defendant NYCON (attached to pldg. #1) (rew) |
| 84/01/03 | | APPEARANCES: Robert J. Kopka for Aetna Insurance Co., Thomas R. Hirschmann for R.C. Service, Inc., and Patrick F. McAndrew for Markeel Leasing Corp. (jsj) |
| 84/01/05 | 2 | REQUEST FOR EXTENSION OF TIME -- defendant NYCONN -- Extension was GRANTED to and including January 11, 1984 to defendant NYCONN ONLY. Notified involved counsel. (ds) |
| 84/01/05 | | AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON DECEMBER 19, 1983 -- Setting motion of Markeel Leasing Corp. for Panel hearing in Atlanta, Georgia on Jan. 26, 1984 (cds) |
| 84/01/05 | | APPEARANCE -- ANTHONY GRAEFE, ESQ. for NYCONN (ds) |
| 84/01/09 | 3 | BRIEF -- deft. R. C. Service, Inc. w/cert. of svc. (ds) |
| 84/01/11 | 4 | RESPONSE -- NYCONN w/cert. of svc. (ds) |
| 84/01/12 | 5 | BRIEF -- deft. Aetna Insurance Co. w/cert. of svc. and exhibits A and B. (ds) |
| 84/01/18 | 6 | REPLY BRIEF -- Markeel Leasing Corp. w/cert. of svc. (ds) |
| 84/01/23 | | WAIVERS OF ORAL ARGUMENT -- All waived (cds) |
| 84/03/09 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Jack B. Weinstein, E.D.N.Y., for coordinated or consolidated pretrial proceedings, pursuant to 28 U.S.C. §1407 (ds) |
| 84/03/09 | | TRANSFER ORDER -- transferring A-2 to the E.D.N.Y. and assigned to Honorable Jack B. Weinstein for pretrial proceedings pursuant to 28 U.S.C. §1407. Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 582 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Markeel Leasing Corp. Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Jan. 26, 1984 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 3/9/84 | TO | Unpublished | E.D.N.Y. 207 | Jack B. Weinstein | |

Special Transferee Information

*transferred N.Y.E. 3/21/84*

*address unkn. to*
*[illegible]*
*295 [illegible] Place East*
*Brooklyn, N.Y. 11201*

DATE CLOSED: 7/1/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 582 -- In re Markeel Leasing Corp. Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Markeel Leasing Corp. v. R.C. Service, Inc. | E.D.N.Y. Weinstein | 81-3024 | | | 2/1/85 | |
| A-2 | Aetna Insurance Co., etc. v. Markeel Leasing Corp., et al. | N.D.Ill. Grady | 83-C-5693 | MAR 9 1984 | 84-97 | 2/85 D | |

※ Consolidated w/A-1 & transferred to N.Y.E §1404 J.Weinstein Order 1/30/85

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 582 -- In re Markeel Leasing Corporation Litigation

---

**MARKEEL LEASING CORP. (A-1)**
Patrick F. McAndrew, Esq.
c/o John J. Pribish, Esq.
850 U.S. Highway 1
North Brunswick, New Jersey  08902

**AETNA INSURANCE COMPANY (A-2)**
Robert J. Kopka, Esq.
Conklin & Adler, Ltd.
100 West Grand Avenue
Chicago, Illinois  60610

**R.C. SERVICE, INC.**
Thomas R. Hirschmann, Esq.
AUGELLO, PEZOLD & HIRSCHMANN, P.C.
120 Main Street
Huntington, New York  11743

**NYCON**
Anthony Graefe, Esq.
Suite 2800
55 West Monroe
Chicago, Illinois  60603

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __582__ -- __In re Markeel Leasing Corp. Litigation__

| Name of Party | Named as Party in Following Actions |
|---|---|
| R.C. Service, Inc. | A-1 |
| Markeel Leasing Corp. | A-2 |
| NYCOM (New York, New Jersey, Connecticut Freight & Messenger Corp.) | A-3 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

JPML FORM 3

p. __ __