```
                                              JUDICIAL PANEL ON
                                           MULTIDISTRICT LITIGATION
                    DOCKET NO. 582               FILED

    BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION   MAR -9 1984

    IN RE MARKEEL LEASING CORPORATION LITIGATION    PATRICIA D. HOWARD
                                                    CLERK OF THE PANEL
```

## TRANSFER ORDER*

This litigation presently consists of two actions: one action in the Eastern District of New York and one action in the Northern District of Illinois. Now before the Panel is a motion by Markeel Leasing Corporation (Markeel), plaintiff in the New York action and a defendant in the Illinois action, to transfer, pursuant to 28 U.S.C. §1407, the Illinois action to the Eastern District of New York for coordinated or consolidated pretrial proceedings with the action pending there. Aetna Insurance Company (Aetna), plaintiff in the Illinois action, and R.C. Service, Inc. (R.C. Service), defendant in the New York action, oppose transfer. New York, New Jersey, Connecticut Freight and Messenger Corporation (NYCONN), a defendant in the Illinois action and counter-defendant in the New York action, does not oppose transfer.

On the basis of the papers filed,[1/] the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Eastern District of New York will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The actions before the Panel both involve the issue of liability for losses arising from the hijacking of a leased truck loaded with merchandise. Transfer under Section 1407 is desirable in order to avoid duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We select the Eastern District of New York as the transferee forum principally because the New York action is more advanced. We note that Markeel and NYCONN, as well as the shipper of the lost merchandise, have their principal places of business in the New York metropolitan area, and that Aetna's principal place of business is in nearby Connecticut.

---

* Judge Sam C. Pointer, Jr. took no part in the decision of this matter.

1/ The parties waived oral argument and accordingly the question of transfer under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 283-84 (1981).

-2-

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Northern District of Illinois be, and the same hereby is, transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable Jack B. Weinstein for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

SCHEDULE A

<u>MDL-582 -- In re Markeel Leasing Corporation Litigation</u>

<u>EASTERN DISTRICT OF NEW YORK</u>

<u>Markeel Leasing Corp. v. R.C. Service, Inc.</u>, C.A. No. 81-3024

<u>NORTHERN DISTRICT OF ILLINOIS</u>

<u>Aetna Insurance Co., etc. v. Markeel Leasing Corp., et al.</u>, C.A. No. 83-C-5693